‎ FILED ‎ LODGED
‎ RECEIVED
07/13/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ‎ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL LADUE and AMANDA LADUE, <br><br> Plaintiffs, <br><br> v. <br><br> KETTLE FALLS INTERNATIONAL RAILWAY, LLC. and OMNITRAX, INC. <br><br> Defendants. | NO. 2:20-CV-01472:TLF <br><br> JOINT STIPULATION AND ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, SPOKANE DIVISION |

Pursuant to 28 U.S.C. § 1404(a), Plaintiffs Michael and Amanda LaDue (collectively, "Plaintiffs") and Defendants Kettle Falls International Railway, LLC and OmniTRAX, Inc. (collectively, "Defendants") hereby submit this Joint Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Eastern District of Washington, Spokane Division.

Plaintiffs and Defendants, through their respective attorneys of record, agree and stipulate as follows:

On or about October 5, 2020, Plaintiffs filed their Complaint in this matter, paragraph 10 of which alleged that venue was proper in the Western District of Washington because, on information and belief, Defendants did business in King County. In their December 14, 2020 Answer, Defendants denied that venue was proper in the Western District of Washington.

Defendants do not do business in King County, Washington. The loss at issue occurred in Stevens County, Washington. Plaintiff lives in Ferry County, Washington. Most of the

JOINT STIPULATION AND ORDER TO TRANSFER VENUE TO
THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
WASHINGTON, SPOKANE DIVISION –
Page 1 of 3

relevant witnesses and the majority of Plaintiff's treatment providers are located in or around Stevens County, Washington. Stevens and Ferry counties are located within the Spokane Division of the Eastern District of Washington.

The parties agree that neither side is prejudiced by the agreements set forth herein.

THEREFORE, Plaintiffs and Defendants hereby stipulate and agree, subject to Court approval, to transfer this case to the United States District Court for the Eastern District of Washington, Spokane Division.

DATED this 6th day of July, 2021            Respectfully submitted,

By: /s/ Scott H. Levy
Anthony S. Petru, Admitted PHV
Scott H. Levy, Admitted PHV
HILDEBRAND MCLEOD & NELSON LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, Ca 94612
(800) 447-7500 | (510) 465-7023 (fax)
petru@hmnlaw.com
levy@hmnlaw.com

and

Joe Grube, WSBA No. 26476
Karen Orehoski, WSBA No. 35855
BRENEMAN GRUBE OREHOSKI, PLLC
1200 Fifth Avenue, Ste 625
Seattle, WA 98101
(206) 624-5975 | (206) 770-7607 (fax)
joe@bgotrial.com
karen@ggotrial.com

*Attorneys for Plaintiffs Michael and Amanda LaDue*

By: /s/ Ryan T. Probstfeld
Ryan T. Probstfeld, WSBA No. 43580
LAW OFFICE OF JASON A. WINNELL
520 Pike Street, Suite 915
Seattle, WA 98101
Telephone: 206.676.3934
Facsimile: 977.369.4901
ryan.probstfeld@thehartford.com

and

Rylan Weythman, WSBA No. 45352
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone: 206.447.4400
Facsimile: 206.447.9700
Email: Rylan.weythman@foster.com

*Attorneys for Defendants Kettle Falls International Railway LLC and OmniTrax, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall transfer the case to the United States District Court for the Eastern District of Washington, Spokane Division, and close the case in this district.

DATED: July 13th, 2021

*Theresa L. Fricke*
The Honorable Theresa L. Fricke
United States Magistrate Judge