# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

MICHAEL LADUE and AMANDA LADUE,

                Plaintiffs,

-vs-

KETTLE FALLS INTERNATIONAL RAILWAY, LLC, et al.,

                Defendants.

Case No.    2:21-CV-00205-MKD

**CIVIL MINUTES**

DATE:    JUNE 14, 2023
LOCATION:    RICHLAND/VIDEO

**STATUS/MOTION HEARING**

**Honorable Mary K. Dimke**

| Cora Vargas | 03 | Ronelle Corbey |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Anthony Petru | | Paul Stewart |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[X] **Open Court**　　　　　　[ ] **Chambers**　　　　　　[X] **Video conference**

In light of the email notification from Plaintiff's counsel regarding Plaintiff's impending surgery, the Court inquired with counsel as to their respective position on the current trial date and the proposed new trial date suggested when Plaintiff previously moved to continue.

Mr. Petru advised that Plaintiff is still seeking an unopposed continuance and stated the basis for the request.

Mr. Stewart stated he does not take a position on the continuance request.

The Court and counsel discussed dates and pending issues, as well as issues that may arise in the near future that may need to be briefed and brought before the Court prior to the new trial date (jury instructions, FELA, late disclosure of witness/reopening discovery for limited purpose, mitigation of damages related to certain evidence).

**Court**: Plaintiff's oral motion to continue trial date is **GRANTED**; counsel shall submit new proposed deadlines to the Court based on dates below; briefing on any issues that need to be addressed at the Pretrial Conference in November shall be complete by 11/16/2023. The current trial date of 07/10/2023 is STRICKEN. The following dates are set:

**Pretrial Conference:**　　11/30/2023 at 9:00 AM via video conference
**2nd Pretrial Conference:**　　01/10/2024 at 1:30 PM via video conference
**Jury Trial:**　　01/22/2024 at 9:00 AM in Spokane, with Final PTC at 8:30 AM

Other dates and procedures to be addressed in Scheduling Order.

[X]    **ORDER FORTHCOMING**

| **CONVENED: 2:03 P.M.** | **ADJOURNED: 2:28 P.M.** | **TIME:    :25 HR.** | **CALENDARED    [ X ]** |
|---|---|---|---|