Anthony S. Petru, Admitted PHV
Scott H. Levy, WSBA No. 58199
Dylan R. Williams, Admitted PHV
HILDEBRAND, McLEOD & NELSON, LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
(510) 451-6732

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL LADUE, and AMANDA LADUE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KETTLE FALLS INTERNATIONAL RAILWAY LLC, and OMNITRAX, INC.,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-00205-MKD<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Michael LaDue and Amanda LaDue by and through their attorneys of record, object to Defendants' Exhibit List, ECF No. 212, as follows:

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD                    1

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA  94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|---|---|---|
| 1001 | LaDue eRailSafe System Badge | FRE 403 and Plaintiffs' MIL #9 ECF No. 171. Mr. LaDue's work badge contains the word "contractor" in large red font and refers to All American Track as Mr. LaDue's "primary employer." The badge is not probative of any issues in dispute and will likely cause unfair prejudice and confuse the jury in their determination as to whether Mr. LaDue was an employee of the railroad. |
| 1002 | AAT-KFR Services Agreement | FRE 403 and Plaintiffs' MIL #9 ECF No. 171. The services agreement refers to AAT as "contractor" and "subcontractors." These words are not probative of any issues in dispute and will likely cause unfair prejudice and confuse the jury in their determination as to whether Mr. LaDue was an employee of the railroad. |
| 1005 | OmniTRAX Worker On-Track Safety Program | FRE 403 and Plaintiffs' MIL #9 ECF No. 171. The document refers to "company," "contractor," "employees," "employer" and "personnel" throughout the document. These words are not probative of any issues in dispute and will likely cause unfair prejudice and confuse the jury in their determination as to whether Mr. LaDue was an employee of the railroad. |

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD                    2

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA  94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|---|---|---|
| 1006 | Brady Peters memo | FRE 801.  Peters' memo is hearsay and no exceptions apply. |
| 1007 | Willey incident report | FRE 801.  Willey's memo is hearsay and no exceptions apply. |
| 1008 | Peters Investigation report | FRE 801.  Peters' investigation report is hearsay and no exceptions apply. |
| 1009 | Willey handwritten statement | FRE 801.  Willey's handwritten statement is hearsay and no exceptions apply. |
| 1010 | KFR Timetable #7 | FRE 403.  The timetable was not in effect at the time of the incident and was superseded by timetable #8. |
| 1012 | KFR Timetable #8 | FRE 403.  The corporate safety policy on page 2 is not probative of whether Defendants provided Mr. LaDue with a reasonably safe workplace and will likely cause unfair prejudice and confuse the jury in their determination of the issue. |
| 1013 | OmniTRAX Special Instructions | FRE 403 and Plaintiffs' MIL #9 ECF No. 171.  The document uses the word "contractors." This word is not probative of any issue in dispute and will likely cause unfair prejudice and confuse the jury in their determination as to whether Mr. LaDue was an employee of the railroad. |

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD                             3

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA  94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|---|---|---|
| 1015 | OmniTRAX Air Brake and Train Handling Rules | FRE 403. These rules are not relevant to any issues in dispute in the case and will likely waste time. |
| 1016 | SafeTRAX | FRE 403 and Plaintiffs' MIL #9 ECF No. 171. The corporate safety policies on pages 4-6 are not probative of whether Defendants provided Mr. LaDue with a reasonably safe workplace and will likely cause unfair prejudice and confuse the jury in their determination of the issue. The document also refers to "contractors." This word is not probative of any issue in dispute and will likely cause unfair prejudice and confuse the jury in their determination as to whether Mr. LaDue was an employee of the railroad. |
| 1017 | OmniTRAX Worker On-Track Safety Program | Duplicate of 1005, which is objected to above. |

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD

4

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA 94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|-----|-------------|-----------|
| 1019 | LaDue Phone Bill | FRE 403 and Plaintiffs' MIL #1 ECF No. 171. Mr. LaDue's cell phone usage is not relevant to any issue in dispute because Mr. LaDue was not on his phone in the 20 minutes before the incident. Evidence that Mr. LaDue was on his cell phone earlier that day is a prior bad act which is inadmissible to show he was on his cell phone at the time of the incident. This evidence is highly prejudicial and is likely to confuse the jury in their determination of Mr. LaDue's liability. |
| 1020 | AAT Letter to LaDue regarding light duty | FRE 801. AAT letter is hearsay and no exceptions apply. |
| 1021 | AAT letter to LaDue regarding weight restriction | FRE 801. AAT letter is hearsay and no exceptions apply. |

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD

5

**HILDEBRAND MCLEOD & NELSON, LLP**
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA 94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|---|---|---|
| 1026 | Mr. LaDue's text messages | FRE 403 and Plaintiffs' MIL #1 ECF No. 171. Mr. LaDue's cell phone usage is not relevant to any issue in dispute because Mr. LaDue was not on his phone in the 20 minutes before the incident. Evidence that Mr. LaDue was on his cell phone earlier that day is a prior bad act which is inadmissible to show he was on his cell phone at the time of the incident. This evidence is highly prejudicial and is likely to confuse the jury in their determination of Mr. LaDue's liability. |
| 1027 | Dr. Cwik's medical records | FRE 403, 801 and Plaintiffs' MIL #12 ECF No. 171. Dr. Cwik's medical records are hearsay and no exceptions apply. Dr. Cwik is a witness and will testify about his treatment of Mr. LaDue. The medical records are cumulative and will likely confuse the jury. Plaintiffs do not object to using the records as demonstratives or shown to medical witnesses on the stand. |
| 1028 | Labor & Industries APF Form | FRE 403, 801 and Plaintiffs' MIL #7 and #12 ECF No. 171. This medical record was signed by Dr. Cwik and should be excluded for reasons set forth in objection to exhibit 1027 and also is an L&I form and should be excluded pursuant to the collateral source rule. |

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD                 6

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA 94618
510.451.6732 FAX 510.465.7023

| No. | Description | Objection |
|---|---|---|
| 1029 | Imaging Report 5-21-14 | FRE 403, 801 and Plaintiffs' MIL #7 and #12 ECF No. 171. This medical record predates the accident by more than 4 years and contains records related to a joint leg length study of Mr. LaDue. This issue is not relevant here because Mr. LaDue's legs are not at issue and Defendants do not have a qualified expert to testify regarding any alleged preexisting injury related to Mr. LaDue's legs. |
| 1030 | Surveillance video | FRE 602, 901. Defendants must use a witness to authenticate and lay foundation for this video. Plaintiffs also allege the video should be excluded because the surveiller violated RCW 9A.52.080 Criminal trespass in the second degree and RCW 9.73.030 Intercepting, recording or divulging private communication without consent. |

DATED: November 27, 2023

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST
2:21-CV-00205-MKD

7

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA 94618
510.451.6732 FAX 510.465.7023

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

HILDEBRAND MCLEOD & NELSON LLP

By: /s/ Scott H. Levy
Scott H. Levy, WSBA 58199
Anthony S. Petru (*Pro Hac Vice*)
Dylan R. William (*Pro Hac Vice*)
5335 College Ave., Ste. 5A, Oakland, CA 94618
(800) 447-7500 | (510) 465-7023 (fax)
petru@hmnlaw.com
levy@hmnlaw.com
williams@hmnlaw.com

*Attorneys for Plaintiffs Michael LaDue and Amanda LaDue*

PLAINTIFFS' OBJECTIONS TO DEFENDANTS'
AMENDED EXHIBIT LIST
2:21-CV-00205-MKD                     8

**HILDEBRAND MCLEOD & NELSON, LLP**
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA  94618
510.451.6732 FAX 510.465.7023

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2023, I electronically filed the foregoing **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AMENDED EXHIBIT LIST** with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

  Rylan Weythman:  rylan.weythman@foster.com

  Scott C. Cifrese:  scott.cifrese@painehamblen.com

  Paul S. Stewart:  paul.stewart@painehamblen.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients*

  By: *s/ Scott H. Levy*
  Scott H. Levy, WSBA 58199
  Anthony S. Petru (*Pro Hac Vice*)
  Dylan R. William (*Pro Hac Vice*)
  5335 College Ave., Ste. 5A, Oakland, CA 94618
  (800) 447-7500 | (510) 465-7023 (fax)
  petru@hmnlaw.com
  levy@hmnlaw.com
  williams@hmnlaw.com

  *Attorneys for Plaintiffs Michael LaDue and Amanda LaDue*

PROOF OF SERVICE
2:21-CV-205-MKD - 9

HILDEBRAND MCLEOD & NELSON, LLP
5335 COLLEGE AVE., STE. 5A
OAKLAND, CA 94618
510.451.6732 FAX 510.465.7023