FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL LADUE and AMANDA LADUE,<br><br>     Plaintiffs,<br><br> v.<br><br>KETTLE FALLS INTERNATIONAL RAILWAY, LLC, and OMNITRAX, INC.,<br><br>     Defendants, | No. 2:21-CV-00205-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 233** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 233. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiffs' causes of action against Defendants with prejudice, without an award of fees or costs. The stipulation is signed by counsel for all parties that have appeared.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 233**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings, if any, are **STRICKEN**.

4. All pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED February 27, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2